# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: CHARLES J CALL    CASE NUMBER: 1461512
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __4/22/2015__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

ARMY & AIR FORCE EXCHANGE SERVICES,C/O BASS & ASSOCIATES PC,3936 E FT LOWELL RD # 200,TUCSON AZ 85712
CHARLES J CALL,1130 S SCENIC AVE APT C102,SPRINGFIELD MO 65802

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __4/22/2015__        Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  CHARLES J CALL

Case No.: 14-61512-abf-13

**Debtor**

## WITHDRAWAL OF TRUSTEES OBJECTION TO CLAIM NUMBER 7 OF CREDITOR ARMY & AIR FORCE EXCHANGE SERVICES

Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the Trustees Objection to Claim Number 7 of creditor ARMY & AIR FORCE EXCHANGE SERVICES (document # 21) filed on or about March 24, 2015, and in support thereof states:

1) On or about March 24, 2015, the trustee filed a(n) Trustees Objection to Claim Number 7 of creditor ARMY & AIR FORCE EXCHANGE SERVICES.

2) Creditor has provided documentation that supports the claim as filed to the trustee.

The Trustee requests that the Court withdraw the Trustees Objection to Claim Number 7 of creditor ARMY & AIR FORCE EXCHANGE SERVICES.

April 20, 2015

Respectfully Submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
LICATA BANKRUPTCY FIRM PC (427669)
ARMY & AIR FORCE EXCHANGE SERVICES (440715)

/s/ Richard V. Fink, Trustee

CMA      /Withdrawal - Generic